KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

KIRSTIN M. AULT (CSBN 206052)
Assistant United States Attorney

450 Golden Gate Ave., P.O. Box 36055
San Francisco, California 94102
Telephone: (415) 271-3059
Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> YIU PONG LIU, et al., <br><br> Defendants. | No. CR 06-00644 CRB <br><br> STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE: DISCOVERY OF PERSONAL AND FINANCIAL INFORMATION |

With the agreement of the parties, and with the consent of the defendant, the Court enters the following order:

Defendant Yiu Pong Liu is presently charged with one count of conspiracy to manufacture and possess with intent to distribute marijuana, in violation of 21 U.S.C. § 846, and one count of manufacturing and possessing with intent to distribute marijuana, in violation of 21 U.S.C. § 841(a)(1). Although the defendant is not yet charged with crimes pertaining to identity theft and access device fraud, evidence of these crimes was discovered during the investigation of the narcotics offenses with which the defendant is presently charged. The United States anticipates that charges relating to these financial crimes will be brought and would like to produce evidence related to them to the defense in order to pursue a possible pre-charging resolution. Upon request, the United States will produce to counsel for the defendant documents

that contain personal identifying information, including social security numbers, birth dates and driver's license numbers, and private financial information, including account numbers and locations, pertaining to the victims in this case. Pursuant to Federal Rule of Criminal Procedure 16, the government requests that disclosure of these materials be subject to the following restrictions:

    1.    Except when being actively examined for the purpose of the preparation of the defense of defendant Yiu Pong Liu, the documents containing personal identifying and private financial information of third parties produced by the government to defense counsel ("private documents") shall be maintained in a manner such that it is accessible only to defense counsel, employees of his or her law firm who are working with him or her to prepare the defendant's defense, and his or her investigators. Defense counsel, members of his or her law firm, the defendant, and the investigators shall not permit any person access of any kind to the private documents or disclose in any manner the personal identifying and private financial information of third parties except as set forth below.

    2.    The following individuals may examine the documents and information related to the personal identifying and private financial information of third parties for the sole purpose of preparing the defense of defendant Yiu Pong Liu and for no other purpose:

    a)    Counsel for defendant;

    b)    Employees of the counsel for the defendant's law office who are assisting with the preparation of Yiu Pong Liu's defense;

    c)    Defendant Yiu Pong Liu and third-party fact witnesses, but only in the presence of defense counsel or another authorized person listed in this paragraph;

    d)    Investigators and experts retained by the defendant or his counsel to assist in the defense of this matter.

If defense counsel determines that additional persons are needed to review the material, he or she must obtain a further order of the Court before allowing any other individual to review the material.

3. A copy of this order shall be maintained with the documents at all times.

4. All individuals other than defense counsel and the defendant who receive access to the materials pursuant to this Order, <u>prior to receiving access to the materials</u>, shall sign a copy of this Order acknowledging that

    a) they have reviewed the Order;

    b) they understand its contents;

    c) they agree that they will only access the documents and information for the purposes of preparing a defense for defendant Yiu Pong Liu;

    d) they understand that failure to abide by this Order may result in sanctions by this Court.

Counsel for the defendant shall promptly file signed copies of the Order, ex parte and under seal. The government shall have no access to these signed copies without further order of the District Court.

5. No other person may be allowed to examine the material without further court order. Examination of the documents shall be done in a secure environment which will not expose the materials to other individuals not listed above.

6. Documents such as word processing files, e-mails, and other text files may be duplicated to the extent necessary to prepare the defense of this matter.

7. Any pleadings that reveal the personal identifying or private financial information of third parties, either by attaching copies of documents containing that information or referencing that information, shall be redacted to prevent the disclosure of such information or filed under seal.

8. Within five court days of the judgement and sentencing hearing in this matter, or dismissal of the charges, all private documents provided to defense counsel pursuant to this Order, and all other authorized copies, if any, shall be returned to the Government. The Government shall destroy them. If defendant believes that he must maintain the material for any

///

///

reason related to appeal, defendant must seek authorization from the District Court within ten days of the filing of a judgment in this matter.

STIPULATED:

DATED: February 13, 2007         /s/
RANDY MONTESANO
Attorney for Defendant Liu

DATED: February 13, 2007         /s/
KIRSTIN M. AULT
Assistant United States Attorney

IT IS SO ORDERED that disclosure of the above-described discovery materials shall be restricted as set forth above.

DATED:  February 15, 2007
HON. CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

PROTECTIVE ORDER
[CR 06-00644 CRB]                        4